6

United States District Court
Eastern District of Michigan
At. Ann Arbor

David Lee #16982-040, et, al
                    Plaintiffs          1983

      -- VS.

Case: 2:20-11898
Judge: Lawson, David M.
MJ: Morris, Patricia T.
Filed: 06/04/20
PRIS LEE ET AL VS BARR ET AL (DP)

William Barr, United States Attorney General,
Micheal Carvajal, Director of Bureau of Prisons,
Jonathan Hemingway, Warden, Defendants in their
Capacity, el, al,

      Comes now David Lee, David Jen-
nings, Burney Everett, Ezra Johnson, John
Wilson, Terry T. Henderson, Darryl Hall, Morris
J. Young and Clifton Robinson, Plaintiffs, el,
al, and states that there are "covid-19", inmates
at the F.C.I. Milan, Michigan. Plaintiff's
raising issues of important concerning the
softey and well-being of all inmates in the
custody of the B.O.P. during the current
national crisis occasioned by the "covid-
19" pandemic. Plaintiffs states that they
have the right to over all public softey
and to protect those who remained in
the coustodial settings. The stakes are
incrediby high for the Plaintiffs, their
families and the public at large.

David Lee #16982-040
David Lee #16982-040
F.C.I. Milan
P.O. Box 1000
Milan, Mi, 48160

## Facts

Plaintiff's raising issues of important, concerning the saftey and well-being of inmates in custody of the B.O.P. during the current National Crisis Occasioned, by the "covid-19" pandemic for the release of same "High Risk" inmates and were consistent, with overall "Public Saftey" and to protect those whom remain in a custodial setting. So far the stakes, are high for the plaintiff's, their familes and the public at large. As emphasized by the medical experts who appearances at daily press briefing rived the nation is immune from this virus- spreads, individual living in congregate settings- such as nursing homes and "Prisons" are especially vulumerable because of difficulty of observing "social distancing" and recommended hygiene practries in close quarters, Especially at F.C.I. milan where it is impossible to practice the six feet distancing, from one another, there are no swabb testing for "covid-19" unless you are to sick to move and the cell is are 4 feet by 8 1/2 feet tall with 2 people in each cell, where the administration, at F.C.I. milan are putting people (inmates and staff) that were confirmed to have had the "covid-19" disease in the same unit as the "High Risk" inmates. Plaintiff's ask the court to order the B.O.P. to improve the conditions of confinement. Plaintiffs, asked the improved cleaness of the prisons, or increase the amount of space between inmates in each prison and soon. Plaintiff's ask the court to force the B.O.P. to start

a "Process for the Potential Release of all "High Risk" "covid-19" "inmates" threw medical furloughs or home detentions under federal laws and to do so quickly. So the Plaintiffs won't have to end up like, "John NG, Willie Peterson, William Garrison" and so many others who have passed because of the seriousness of the "covid-19" virus and the administrat-ion, at these federal institutions who refuse to grant any inmate's the "Com-passionate Release" or the "Cares Act", and refuses to "swabb test" the inmates here at F.C.I. Milan, Michigan to hide the real number of inmates and staff that have or had the "covid-19" diease.

## Memorandum Of Law

Plaintiff's raising that their "Eight Amendment" right to due process is being violated through indifference to a "serious risk" of harm, while Count two asserts a violation of Plaintiff's right to due process, under the "Fourthteenth Amendment" and Count Three asserts violations of the "Americans With Disabilites Act" (ADA). In cases involving the conditions of confinement, in a prison, Two elements are required, to establish a violation of the "Eight Amendment" The prohibition against cruel and unusal punishment. First, an objective showing that the conditions are sufficiently, serious, and that they deny the plaintiff's the minimal civilized measure of "Life's" necessities creating an excessive "Risk of The Inmates Health And Saftey." And Second, a subjective showing of the Plaintiff culpable state of mind. Isby v. Brown, 856 F. 3d 508, 511, 521 (7th cir. 2017, Daughter v. Page, 906 F.3d 606, 611 (7th cir 2018). see Wilson v. Williams, U.S. District Court Lex's 70674, (April 22, 2020. Under the Eight Amendment is one of deliberate indifference to inmates "Health And Saftey." See. Sixth circuit opinion of Wilson v. Williams, (April 22, 2020)

<u>Certificate of Service</u>

I have served copies of the following motion upon all parties by U.S. postage mail on the 3rd day of June 2020, to be filed in the U.S. District Court for the Eastern District of Michigan, of Ann Arbor.

Respetfully submitted,


David Bee #16982-040 el, al,
Pro se Plaintiffs
Federal Correctional Institutional Milan
P.O. Box 1000
Milan, Michigan 48160



David Lee

16982-040
NAME

REG. NO.

FEDERAL DETENTION CENTER
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
JUL 10 2020
CLERKS OFFICE
DETROIT

United States Clerk's Office
Federal Building
200 East Liberty St. Room 120
Ann Arbor, Mich 48104

48104